UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUZANNA SENSING,<br><br>    Plaintiff,<br><br>v.<br><br>OUTBACK STEAKHOUSE OF FLORIDA, INC. AND CHARLES KOZMITS,<br><br>    Defendants. | Civil Action No.: 06-11508-RCL |

### MOTION TO WITHDRAW REQUEST FOR EXTENSION OF TIME

Defendants Outback Steakhouse of Florida, Inc. ("Outback") and Charles Kozmits hereby request to withdraw their Motion for an extension of time filed. The Defendants have filed their Motion for Summary Judgment, and thus the extension request has become moot.

Respectfully submitted,

OUTBACK STEAKHOUSE OF
FLORIDA, INC. and CHARLES
KOZMITS,

By Their Attorneys,

/s/ John F. Welsh
John F. Welsh, BBO #522640
Bello Black & Welsh LLP
One Exeter Plaza
699 Boylston Street, 10th Floor
Boston, Massachusetts 02116
Dated: November 5, 2007    (617) 247-4100

1